SAMUEL KOPINSKY, Respondent, v. GREEN POINT SAVINGS BANK, Appellant, et al., Defendants, et al., Third-Party Defendants.—

No opinion. Christ, P. J., Rabin, Hopkins and Munder, JJ., concur; Martuscello, J., dissents and votes to reverse the order and to grant appellant's motion for summary judgment for the reasons set forth in his dissenting memorandum in the companion appeal (*Kopinsky v. Green Point Sav. Bank* [35 A D 2d 977 decided herewith]).